# EXHIBIT 1

1  **ZIMMERMAN REED LLP**
   Ryan J. Ellersick (SBN 357560)
2  6420 Wilshire Blvd., Suite 1080
   Los Angeles, CA 90048
3  Tel (877) 500-8780
   Fax (877) 500-8781
4  ryan.ellersick@zimmreed.com

5  **ZIMMERMAN REED LLP**
   Zain A. Shirazi (SBN 302841)
6  1100 IDS Center
   80 South 8th Street
7  Minneapolis, MN 55402
   Tel (612) 341-0400
8  Fax (612) 341-0844
   zain.shirazi@zimmreed.com
9
10 *Attorneys for Plaintiffs and the Putative Classes*

11                  **UNITED STATES DISTRICT COURT**

12                   **EASTERN DISTRICT OF CALIFORNIA**

13

| | |
|---|---|
| JUSTIN BAKKER and NOACH LUNDGREN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>BLACK RIFLE COFFEE COMPANY LLC and BRC INC.<br><br>Defendants. | Case No.<br><br>**CLASS ACTION**<br><br><br>**PLAINTIFF'S CONSUMER LEGAL REMEDIES ACT VENUE DECLARATION** |

1
PLAINTIFF'S CONSUMER LEGAL REMEDIES ACT VENUE DECLARATION

I, Justin Bakker, declare as follows:

1. I am a named plaintiff in this litigation.
2. I have personal knowledge of the matters set forth below except to those matters stated herein, which are based on information and belief, which matters I believe to be true.
3. If called as a witness, I could and would competently testify to the matters included herein.
4. Based on Defendants' false and deceptive Made in USA advertising, I purchased Defendants' coffee bags at various retailers in Turlock and Merced, California.
5. I am informed and believe that venue is proper in this Court under Cal. Civ. Code Section 1780(d) based on the fact that Defendants regularly conduct business in the Eastern District of California, and the transactions at issue here—i.e., my purchase of Defendants' coffee bags—occurred in the Eastern District of California.
6. Specifically, the transactions at issue here occurred in Stanislaus and Merced Counties in California. I am informed and believe that both of these counties fall within the Eastern District of California.

I declare under penalty of perjury that the following is true and correct to the best of my knowledge. Executed this 11 day of September, 2025, in Turlock, California.

_____
Justin Bakker




# SIGNATURE CERTIFICATE

**REFERENCE NUMBER**
DB73A23C-ADA9-4DAC-8844-47C170F76A9B

| TRANSACTION DETAILS | DOCUMENT DETAILS |
|---|---|
| **Reference Number**<br>DB73A23C-ADA9-4DAC-8844-47C170F76A9B | **Document Name**<br>BRCC CLRA Venue Affidavit - jvn |
| **Transaction Type**<br>Template Signer Link | **Filename**<br>BRCC_CLRA_Venue_Affidavit_-_jvn.pdf |
| **Sent At**<br>09/11/2025 01:05 PM EDT | **Pages**<br>2 pages |
| **Executed At**<br>09/11/2025 01:07 PM EDT | **Content Type**<br>application/pdf |
| **Identity Method**<br>none | **File Size**<br>134 KB |
| **Distribution Method**<br>manual | **Original Checksum**<br>ecb92a32dfcb42a984d662572fe87a9946f373d0b9d7f2f033da1aea56d31ee6 |
| **Signed Checksum**<br>27b6660935afcda3eb33fbfb4a1bd1f1cc29817fd60fa3df3f2ca3c3d7125964 | |
| **Signer Sequencing**<br>Disabled | |
| **Document Passcode**<br>Disabled | |

## SIGNERS

| SIGNER | E-SIGNATURE | EVENTS |
|---|---|---|
| **Name**<br>Justin Bakker<br>**Email**<br>**Components**<br>3 | **Status**<br>signed<br>**Multi-factor Digital Fingerprint Checksum**<br>9ae2d2de0586b336ffddee4cd679d0d8edfbe321fd2d6fe433e1ce39dafce93e<br>**IP Address**<br>71.9.136.69<br>**Device**<br>Chrome Mobile via Android<br>**Drawn Signature**<br>*(signature image)*<br>**Signature Reference ID**<br>7247BFEB<br>**Signature Biometric Count**<br>2 | **Viewed At**<br>09/11/2025 01:05 PM EDT<br>**Identity Authenticated At**<br>N/A<br>**Signed At**<br>09/11/2025 01:07 PM EDT |

## AUDITS

| TIMESTAMP | AUDIT |
|---|---|
| 09/11/2025 01:05 PM EDT | Signer viewed the document on Chrome Mobile via Android from 71.9.136.69. |
| 09/11/2025 01:07 PM EDT | Justin Bakker signed the document on Chrome Mobile via Android from 71.9.136.69. |